## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| | |
|---|---|
| TOTAL RECEIPTS | $ 6,351.96 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 37,009.25 |

**EXHIBIT B**

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 05-37594 CAD
**Case Name:** GILL, ERICA E.
**Period Ending:** 01/17/07

**Trustee:** (330480) DEBORAH K. EBNER
**Filed (f) or Converted (c):** 09/15/05 (f)
**§341(a) Meeting Date:** 10/24/05
**Claims Bar Date:** 01/25/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Partial Interest in Texas Real Estate<br>real estate had been liquidated by co-owners : debtor's portion turned over to Trustee. | Unknown | Unknown | | 6,299.91 | FA |
| 2 | Household Goods | 800.00 | 0.00 | | 0.00 | FA |
| 3 | Books | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelery | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Interests in 401(k) and Pension with Employer | 35,459.25 | 0.00 | | 0.00 | FA |
| 7 | Automobiles | 2,115.00 | 0.00 | | 0.00 | FA |
| 8 | Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Term Life Policy | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 52.05 | Unknown |
| 10 | Assets    Totals (Excluding unknown values) | $39,124.25 | $0.00 | | $6,351.96 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 01/17/2007 10:27 AM    V.9.02

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-37594 CAD
Case Name: GILL, ERICA E.

Period Ending: 01/17/07

Trustee: (330480) DEBORAH K. EBNER
Filed (f) or Converted (c): 09/15/05 (f)
§341(a) Meeting Date: 10/24/05
Claims Bar Date: 01/25/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): December 31, 2008       Current Projected Date Of Final Report (TFR): December 31, 2008

Printed: 01/17/2007 10:27 AM    V.9.02