**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ERICA E. GILL, | ) | CASE NO. 05-37594 CAD |
| | ) | |
| Debtor. | ) | JUDGE CAROL A. DOYLE |
| | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON**
**APPLICATION FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

>       At:    U.S. BANKRUPTCY COURT
>              219 South Dearborn, Courtroom 742
>              Chicago, Illinois 60604
>
>       on:    May 15, 2007
>       at:    10:30 a.m.

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

>       a. Receipts                                      $              6,351.96
>
>       b. Disbursements                                 $                  7.78
>
>       c. Net Cash Available for Distribution           $              6,344.18

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Deborah K. Ebner, Trustee | $        0.00 | $     1,385.20 | $        18.59 |

5.      In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6.      Claims of general unsecured creditors totaling $5,370.61, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $91.99%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 1 | Foley's | $ | 156.13 | $ 143.63 |
| 2 | Citibank (USA) NA | $ | 3,677.81 | $ 3,383.19 |
| 3 | Recovery Management Systems Corporation | $ | 1,536.67 | $ 1,413.57 |

7.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.      Debtor has been discharged.

10.     The Trustee proposed to abandon the following property at the hearing:


Dated:    April 9, 2007                          For the Court,


By:   KENNETH S GARDNER
      Kenneth S. Gardner
      Clerk of the United States Bankruptcy Court
      219 S. Dearborn Street, 7th Floor
      Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE  OF  SERVICE

```
District/off: 0752-1          User: amcc7           Page 1 of 1            Date Rcvd: Apr 09, 2007
Case: 05-37594               Form ID: pdf002        Total Served: 17


The following entities were served by first class mail on Apr 11, 2007.
db        +Erica E Gill,   9031 W Linden Dr,   Tinley Park, IL 60487-7387
aty       +Travis W Thompson,   Macey & Chern,   20 West Kinzie,   Suite 1300,   Chicago, IL 60610-7948
tr        +Deborah Kanner Ebner,   11 E Adams St,   Suite 800,   Chicago, IL 60603-6324
9827239    American General Finance,   P.O. Box 5110,   Carol Stream, IL 60197-5110
9827238   +Andrew W. Partridge,   Macey & Aleman,   20 W. Kinzie,   13th Floor,   Chicago, IL 60610-6392
9827240   +Associated Pathologists of Elmhurst,   P.O. Box 3680,   Peoria, IL 61612-3680
9827241    Capital One,   P.O. Box 790216,   Saint Louis, MO 63179-0216
10500830  +Citibank (USA) NA,   PO Box 182149,   Columbus OH 43218-2149
9827242   +Elmhurst Clinic,   75 Remittance Drive, Ste. 1253,   Chicago, IL 60675-1253
9827243   +Elmhurst Memorial Hospital,   P.O. Box 92348,   Chicago, IL 60675-2348
9827244    Foley's,   PO Box 94508,   Cleveland, OH 44101-4508
10494830  +Foley's,   1110 Main  St,   Houston TX 77002-6303
9827245   +JC Penney,   PO Box 981133,   El Paso, TX 79998-1133
9827246   +Jeng N. Su, MD, SC,   701 South Main St,   Lombard, IL 60148-3368
9827247   +Orland Medical Imaging, Inc,   520 E. 22nd St,   Lombard, IL 60148-6110
10565348  +Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPenney,
            25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
9827248   +Sears Premier Card*,   Bankruptry Dept,   P.O. Box 20487,   Kansas City, MO 64195-0487


The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9827237*   +Erica E. Gill,   9031 W. Linden Dr,   Tinley Park, IL 60487-7387
                                                                             TOTALS: 0, * 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 11, 2007**            **Signature:** _____